UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON DIVISION)

In re:

    Marcia L Ferreira,                     .          Chapter 13

                                          Case No. 25-12212

    Debtor.

### CERTIFICATE OF SERVICE

I, Michael Ready Treanor, Jr., certify that on January 10, 2026, I caused to be served the Chapter 13 Plan as follows:

> **Non-ECF Recipients.** I caused true and correct copies of the foregoing documents to be dispatched to the non-ECF creditors and parties in interest listed on <u>Exhibit A</u> attached hereto, by first-class U.S. mail, postage prepaid, addressed as set forth therein.
>
> **ECF Recipients.** I caused the foregoing documents to be served electronically via the Court's CM/ECF system upon the Chapter 13 Trustee and all other parties in interest who are registered to receive electronic notice in this case. Such service was made in compliance with MLBR 1009-1, Fed. R. Bankr. P. 2002(a) and (b), and all other applicable rules.

Dated: January 10, 2026

<u>/s/ Michael Ready Treanor, Jr.</u>
Michael Ready Treanor, Jr., Esq.
BBO# 562948

Treanor Law Offices PLLC
265 Franklin Street, Suite 1702
Boston, MA 02110
Tel: (917) 242-2246
Email: mtreanor@treanor-advocacy.com

<u>Exhibit A</u>

Voluntary Petition with Schedules and Statements
Creditor Matrix
Chapter 13 Plan
Disclosure of Compensation to Attorney for Debtor